# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANINE BIVONA-TRUMAN,<br><br>          Plaintiff,<br><br>v.<br><br>NATIONS DIRECT MORTGAGE, LLC,<br><br>          Defendant. | Case No. 2:24-cv-00595-ART-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff failed to do so. Accordingly, Plaintiff must file a certificate of interested parties no later than April 3, 2024.

IT IS SO ORDERED.

Dated: March 29, 2024

Nancy J. Koppe
United States Magistrate Judge

1