# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JANINE BIVONA-TRUMAN,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONS DIRECT MORTGAGE, LLC,<br><br>        Defendant. | Case No. 2:24-cv-00595-ART-NJK<br><br>**Order** |

On March 29, 2024, Plaintiff was ordered file a certificate of interested parties no later than April 3, 2024. *See* Docket No. 5. To date, Plaintiff has not filed a certificate of interested parties. *See* Docket.

Accordingly, Plaintiff is hereby **ORDERED** to file a certificate of interested parties by April 10, 2024. Failure to comply with this order may result in sanctions, including a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: April 8, 2024

_____
Nancy J. Koppe
United States Magistrate Judge