Gary E. Mason*
Danielle L. Perry*
Lisa A. White*
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

*Counsel for Plaintiff Medina*

*admitted *Pro Hac Vice*
[Additional counsel appear on signature page]

Gustavo Ponce (NV Bar No. 15084)
Mona Amini (NV Bar No. 15381)
**KAZEROUNI LAW GROUP, APC**
6787 W. Tropicana Avenue, Suite 250
Las Vegas, Nevada 89103
Tel: (800) 400-6808
Fax: (800) 520-5523
gustavo@kazlg.com
mona@kazlg.com

*Counsel for Plaintiffs Allen and Brown*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HARRY MEDINA, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONS DIRECT MORTGAGE, LLC,<br><br>Defendant. | Case No. 2:24-cv-00595-ART-NJK<br><br>Complaint Filed: March 27, 2024<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS FOR PRE-TRIAL PROCEEDINGS** |
| DANNY ALLEN, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONS DIRECT MORTGAGE, LLC,<br><br>Defendant. | Case No. 2:24-cv-00614-APG-NJK<br><br>Complaint Filed: March 28, 2024 |

1

2

3

4

5

6

7

8

| | |
|---|---|
| YVETTE BROWN, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>NATIONS DIRECT MORTGAGE, LLC,<br><br>          Defendant. | Case No. 2:24-cv-00697-GMN-NJK<br><br>Complaint Filed: April 10, 2024 |

9

10

11

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, Plaintiffs Harry Medina, Danny Allen, and Yvette Brown ("Plaintiffs"), through counsel, move as follows (the "Motion"):

12

13

14

15

16

17

WHEREAS, Plaintiffs seek to consolidate the above-captioned class actions, *Medina* (formerly *Bivona-Truman, et al.*)  *v. Nations Direct Mortgage, LLC*, No. 2:24-cv-00595 (the "*Medina* Action"), *Allen v. Nations Direct Mortgage, LLC*, No. 2:24-cv-00614 (the "*Allen* Action"), and *Brown v. Nations Direct Mortgage, LLC*, No. 2:24-cv-00697 (the "*Brown* Action") collectively, the "Related Actions"), filed on March 27, 2024, March 28, 2024, and April 10, 2024, respectively;

18

19

20

21

22

WHEREAS, the Related Actions allege similar claims against the same, sole Defendant, Nations Direct Mortgage, LLC ("Defendant"), have proposed class definitions that will encompass the same persons, and arise from the same general set of factual allegations relating to the same data breach that Defendant advised putative class members on or about February 28, 2024 (the "Data Breach");

23

24

25

26

27

WHEREAS, Plaintiffs Bivona-Truman (later dismissed) and Medina filed the first action against Nations Direct Mortgage, LLC seeking damages and equitable relief arising from the Data Breach and seeking to represent a class defined as, "All persons whose Private Information was compromised as a result of the Data Breach discovered by Nations Direct in December 2023 and for which it provided notice in or about February 2024." *Medina* Action, Dkt. No. 1, ¶¶ 15, 107;

28

1      WHEREAS, Plaintiff Allen filed the second action against Nations Direct Mortgage, LLC

2   seeking damages and equitable relief arising from the same Data Breach and seeking to represent

3   a nationwide class defined as, "All individuals whose PII was subjected to the Data Breach,

4   including all individuals who were sent a notice by or on behalf of Defendant related to the

5   December 30, 2023 Data Breach," and a California class defined as, "All individuals in California

6   whose PII was subjected to the Data Breach, including all individuals who were sent a notice by

7   or on behalf of Defendant related to the December 30, 2023 Data Breach." *Allen* Action, Dkt. No.

8   1, ¶¶ 46-47, 68;

9      WHEREAS, Plaintiff Brown filed the third action against Nations Direct Mortgage, LLC

10  seeking damages and equitable relief arising from the same Data Breach and seeking to represent

11  a nationwide class defined as, "All individuals whose PII was compromised in the Nations Direct

12  Data Breach for which notice letters were sent on or around February 28, 2023." *Brown* Action,

13  Dkt. No. 1, ¶ 86.

14     WHEREAS, Courts across the nation consistently find that data breach class actions are

15  particularly appropriate for consolidation. *See, e.g.*, *Kostka v. Dickey's Barbecue Rests., Inc.*, No.

16  3:20-cv-3424-K (N.D. Tex. Mar. 19, 2021), ECF No. 37 (ordering consolidation of three cases

17  stemming from the same data breach); *Bellwether Cmty. Credit Union v. Chipotle Mexican Grill,*

18  *Inc.*, No. 1:17-cv-1102-WJM-STV, 2017 U.S. Dist. LEXIS 142626, at *3 (D. Colo. Sept. 1, 2017)

19  ("[B]oth actions are substantively identical and are in the same stage of litigation . . . arise out of

20  the same occurrence: a data breach . . . ."); *Fero v. Excellus Health Plan, Inc.*, 236 F. Supp. 3d

21  735, 745 (W.D. N.Y. Feb. 22, 2017) (noting court had previously "issued an order consolidating

22  . . . pursuant to Federal Rule of Civil Procedure 42(a)(2), and transferred the case" to one judge

23  in large data breach litigation);

24     WHEREAS, *Medina v. Nations Direct Mortgage, LLC*, 2:24-cv-00595 was assigned to

25  United States District Anne R. Traum;

26     WHEREAS, *Allen v. Nations Direct Mortgage, LLC*, 2:24-cv-00614 was assigned to

27  United States District Judge Andrew P. Gordon;

28     WHEREAS, *Brown v. Nations Direct Mortgage, LLC*, 2:24-cv-00697 was assigned to

1  United States District Judge Gloria M. Navarro;

2      WHEREAS, Plaintiffs agree that the Related Actions should be consolidated for pre-trial

3  proceedings into the first filed action (Case No. 2:24-cv-00595) for purposes of judicial economy;

4      WHEREAS, Plaintiffs have consulted with Defendant on the filing of this Motion, and

5  Defendant does not oppose consolidation of the Related Actions for pre-trial proceedings, with

6  the reservations of rights outlined below;

7      WHEREAS, Defendant does not at this time oppose procedural consolidation of the

8  Related Actions for pre-trial proceedings under Fed. R. Civ. P. 42(a) and takes no position on any

9  forthcoming leadership motion, while expressly reserving all of its rights, remedies, defenses,

10  objections, and legal arguments, including, without limitation, its right to move to dismiss any

11  individual or consolidated complaint, its right to challenge joinder of plaintiffs to one another, its

12  right to oppose class certification on any grounds, its rights to oppose consolidation in any other

13  forum or further consolidation in this forum, and its rights to file a motion or motions for summary

14  judgment;

15      WHEREAS, in an effort to assure consistent rulings and decisions and to avoid

16  unnecessary duplication of effort, all counsel for Plaintiffs in the Related Actions, without

17  opposition from Defendant, jointly move this Court for entry of an order consolidating the Related

18  Actions for pre-trial proceedings; and

19      WHEREAS, Plaintiffs in the Related Cases have coordinated and agree that it would be

20  duplicative and wasteful of the Court's and the parties' resources to litigate the cases separately.

21  *See Houghton v. Rancho Mesquite Casino, Inc.*, No. 2:23-cv-00276-CDS-DJA, 2023 U.S. Dist.

22  LEXIS 50274, at *4 (D. Nev. Mar. 24, 2023) (for the purposes of expediting trial and eliminating

23  unnecessary repetition, district courts have broad discretion under this rule to consolidate cases

24  pending in the same district).

25      NOW, THEREFORE, Plaintiffs submit the following to the Court for approval:

26      1.    The following Related Actions are hereby consolidated for all pre-trial

27  proceedings (the "Consolidated Action"):

28

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *Medina v. Nations Direct Mortgage, LLC* | 2:24-cv-00595 | March 27, 2024 |
| *Allen v. Nations Direct Mortgage, LLC* | 2:24-cv-00614 | March 28, 2024 |
| *Brown v. Nations Direct Mortgage, LLC* | 2:24-cv-00697 | April 10, 2024 |

2.     The above-listed Related Actions shall be transferred to the low-numbered case, *Medina v. Nations Direct Mortgage, LLC,* No. 2:24-cv-00595, and the files of the Consolidated Action shall be maintained in one file under Master File No. 2:24-cv-00595 and shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: NATIONS DIRECT MORTGAGE, LLC Data Breach Litigation | Lead Case No. 2:24-cv-00595-ART-NJK |

3.     In the event a case that arises out of the same subject matter of the Consolidated Action is subsequently filed in this Court or transferred from another Court, a motion may be made to consolidate with these Related Cases. Nothing in the foregoing shall be construed as a waiver of Defendant's right to object to consolidation of any subsequently filed or transferred action;

4.     Defendant does not waive its right to move to dismiss the Consolidated Action or any individual action, to oppose class certification under Fed. R. Civ. P. 23 or the appointment of class counsel on any grounds, or to oppose joinder of plaintiffs to one another including for purposes of trial;

5.     Under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, service by e-mail transmission shall be permitted in addition to service via ECF notification;

6.     Upon granting of this Motion, all deadlines in all of the Related Actions are stayed;

7.     Plaintiffs shall file a superseding Consolidated Class Action Complaint no later than 45 days following the appointment of interim class counsel;

8.     Defendant shall have 45 days from the filing of the superseding Consolidated Class

1 Action Complaint to file a motion to dismiss or otherwise respond to that Complaint, Plaintiffs

2 shall have 45 days thereafter to file their opposition, and Defendant shall have 30 days thereafter

3 to file a reply in support.

4       A proposed order granting the Motion is attached hereto.

5

6 DATED this 22nd day of May 2024.

7

8                                       Respectfully submitted,

9                                       By: */s/ Lisa A. White*

10                                          Lisa A. White (admitted *pro hac vice*)

11                                       Gary E. Mason (admitted *pro hac vice*)
                                      Danielle L. Perry (admitted *pro hac vice*)

12                                       Lisa A. White (admitted *pro hac vice*)

13                                       **MASON LLP**
                                      5335 Wisconsin Avenue NW, Suite 640

14                                       Washington, DC 20015
                                      Tel: (202) 429-2290

15                                       gmason@masonllp.com
                                      dperry@masonllp.com

16                                       lwhite@masonllp.com

17

18                                       David Hilton Wise
                                      Nevada Bar No. 11014

19                                       **WISE LAW FIRM, PLC**
                                      421 Court Street

20                                       Reno, Nevada, 89501
                                      (775) 329-1766

21                                       (703) 934-6377

22                                       dwise@wiselaw.pro

23                                       *Counsel for Plaintiff Medina*

24                                       Gustavo Ponce
                                      Nevada Bar No. 15084

25                                       Mona Amini
                                      Nevada Bar No. 15381

26                                       **KAZEROUNI LAW GROUP, APC**

27                                       6787 W. Tropicana Avenue, Suite 250
                                      Las Vegas, Nevada 89103

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tel: (800) 400-6808
Fax: (800) 520-5523
gustavo@kazlg.com
mona@kazlg.com

*Counsel for Plaintiff Allen*

Mason A. Barney*
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

*Counsel for Plaintiff Brown*

1

**<u>CERTIFICATE OF SERVICE</u>**

2

  I hereby certify that on the 22nd of May 2024  I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system which will send notification of such filing to all

4

counsel/parties of record. I hereby certify that no other parties are to receive notice.

5

6

  DATED: May 22, 2024

7

8

         By: /s/ *Lisa A. White*

         Lisa A. White

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28